IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CAUSE NO.: 4:13CR0103-SA

CEDRIC JOHNSON  DEFENDANT

ORDER

Defendant has filed a Motion to Appoint Counsel [315] and a Motion to Reduce Sentence [316]. As he has provided no reason or authority for either of those requests, the motions are DENIED.

SO ORDERED, this the 19th day of July, 2017.

 /s/ Sharion Aycock
**U.S. DISTRICT JUDGE**